**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**STACY M. MORRIS,**

    **Plaintiff,**

  **vs.**                                      **Civil Action 2:10-CV-902**
                                           **Judge Frost**
                                           **Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

<u>**ORDER**</u>

On February 2, 2012, the United States Magistrate Judge recommended that the decision of the Commissioner of Social Security be reversed and the action be remanded for further consideration of the medical evidence.  *Report and Recommendation*, Doc. No. 16.  Although the parties were advised of their right to file objections, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**.  The decision of the Commissioner is **REVERSED** and the matter is **REMANDED** to the Commissioner of Social Security for further consideration of the medical evidence

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                             /s/ Gregory L. Frost
                                                                Gregory L. Frost
                                                           United States District Judge